# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| BOB HERRON, | |
| | NO. 18-17973 |
| DEBTOR | JUDGE: DOYLE |

## NOTICE OF FAILURE TO COMPLY WITH COURT ORDER AND NOTICE OF DEFAULT AND MODIFICATION OF THE AUTOMATIC STAY AS TO WELLS FARGO BANK, N.A.

**Notified via Electronic Filing**
U.S. Trustee , 219 S Dearborn St, Room 873, Chicago, IL 60604
Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076
**Notified via US Postal Service**
Bob Herron, 4002 Madison St, Bellwood, IL 60104

PLEASE TAKE NOTICE that the automatic stay has been modified on the property commonly known as: 4002 Madison Street, Bellwood, IL 60104 pursuant to the terms of the order entered October 24, 2019 (attached hereto), Debtor having failed to comply with the provisions therein. A Notice of Default (attached hereto) in compliance with the requirements of the order, was sent February 24, 2020, and cure of the default was not made in the required time.

**SPECIAL NOTICE TO THE TRUSTEE;**
The stay has been modified as of March 10, 2020, the Claim of this creditor is hereby withdrawn. No further payments should be made pursuant thereto.

## NOTICE OF FILING

This Notice and the documents referred to therein were sent for filing with the Clerk of the United States Bankruptcy Court.

**AFFIDAVIT OF SERVICE**

      The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be sent to the Debtor at the address listed below. Said copy was placed in an envelope addressed as listed below and placed in the U.S. Mail on March 31, 2020, with first class postage prepaid. All other parties entitled to notice received such notice electronically, through the office of the Clerk of the Court.

      /s/ Michael N. Burke
Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
18-087211

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**